Form a0nopymt
(Rev. 5/17)

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

---

In Re:    Shawn D. Smith

Debtor(s)

SSN/TAX ID:
xxx−xx−3333

Case No.: 2:18−bk−51960

Chapter: 7

Judge: John E. Hoffman Jr.

---

### NOTICE OF OVERDUE INSTALLMENT PAYMENT
### AND IMMINENT DISMISSAL OF CASE

An Order Approving Payment of Filing Fee in Installments was previously entered. A payment scheduled to be made has not been received.

**NOTICE TO THE DEBTOR: Notice is hereby given that if the outstanding payment is not received by the clerk's office on or before July 9, 2018, this case will be dismissed.**

**NOTICE TO THE TRUSTEE, UNITED STATES TRUSTEE, AND PARTIES APPEARING IN THE CASE: If there is any reason why this case should not be dismissed for failure of the Debtor(s) to pay the overdue installment payment, a response to this Notice must be filed. Failure to respond will result in this case being dismissed without further notice.**

Dated: June 25, 2018

FOR THE COURT:
Richard B. Jones
Clerk, United States Bankruptcy Court